RICHARD R. PATCH (State Bar No. 088049)
GREGG M. FICKS (State Bar No. 148093)
CLINTON L. TODD (State Bar No. 218670)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail:   gficks@coblentzlaw.com

Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS, LLC

SEYFARTH SHAW LLP
Michael T. McKeeman (State Bar No. 173662)
Sarah R. Speakman (State Bar No. 215085)
560 Mission Street, Suite 3100
San Francisco, California 94015
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549
E-mail:       MMcKeeman@seyfarth.com

Attorneys for Defendant and Counterclaimant
THE WEITZ COMPANY, LLC and Third Party
Complaintant THE WEITZ COMPANY I, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company; | CASE NO.: C 06 06633 SI |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| vs. | |
| THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

The parties to the above-captioned matter hereby request and stipulate to allow for Third

Party Complaintant, THE WEITZ COMPANY I, INC., an Iowa corporation and successor to THE

WEITZ COMPANY, INC., an Iowa corporation ("Weitz"), to file and serve a Third-Party

1

STIPULATION AND PROPOSED ORDER FOR FILING THIRD-PARTY COMPLAINT;
Case No. C 06 06633 SI

1  Complaint against Hanson Glass & Mirror Co. ("Hanson"), Fitch Plastering Corporation of

2  California ("Fitch"), and Daniel Macdonald AIA Architects ("Macdonald") by March 2, 2007.

3        1.    On September 26, 2006, RAFAEL TOWN CENTER INC. ("RTCI") filed suit

4  against Weitz in the Superior Court of the State of California, County of Marin ("Complaint').

5  Weitz counterclaimed against RTCI for Breach of Contract and removed the matter to federal

6  court based on diversity.

7        2.    Weitz now wishes to file a Complaint against Third-Party Defendant's Hanson,

8  Fitch, and Macdonald pursuant to FRCP 14(a). Because it is more than 10 days after Weitz filed

9  its Answer, FRCP 14 requires Weitz to provide all parties notice and move to file its Third-Party

10 Complaint.

11       3.    Weitz has provided notice of its intent to RTCI and the parties hereby stipulate to

12 the filing.

13     THE PARTIES HEREBY STIPULATE, by and through their attorneys of record, that:

14     (a)      Weitz has provided notice to RTCI of its intent to file and serve its Third-

15                 Party Complaint against Hanson, Fitch, and Macdonald.

16     (b)      RTCI is not taking any position with respect to the content of the Third-

17                 Party Cross-Complaint and does not comment regarding its appropriateness.

18 ////

19 ////

20 ////

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28

                                     2

1      (c)        RTCI has agreed that Weitz may file and serve its Third-Party Complaint

2  against Hanson, Fitch, and Macdonald by March 2, 2007.

3

4  Dated: February 28, 2007         Respectfully submitted,

5                          COBLENTZ, PATCH, DUFFY & BASS LLP

6                          By: _____

7                              Gregg M. Ficks
                               Attorneys for Plaintiff and Counterdefendant

8                              RAFAEL TOWN CENTER INVESTORS,
                               LLC

9  Dated: ~~February~~ MARCH 1, 2007

10                          SEYFARTH SHAW LLP

11                          By: _____

12                              Michael T. McKeeman
                               Attorneys for Defendant and

13                              Counterclaimant THE WEITZ COMPANY,
                               LLC and Third-Party Complainant THE

14                              WEITZ COMPANY I, INC.

15                        **ORDER**

16

17        The Stipulation is hereby accepted by the Court.  Weitz may file and serve its Third-Party

18  Complaint against Third-Party Defendants Hanson Glass & Mirror Co., Fitch Plastering

19  Corporaiton of California, and Macdonald by March 2, 2007.

20  Dated: February ___, 2007

21

22                      HON. SUSAN ILLSTON
                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28                         3