| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com |
| 2 | Krista L. Mitzel (SBN 221002) kmitzel@seyfarth.com |
| | Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com |
| 3 | Aaron Belzer (SBN 238901) abelzer@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 5 | Facsimile: (415) 397-8549 |
| 6 | Attorneys for Defendant and Counterclaimant |
| | THE WEITZ COMPANY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company, | Case No. C 06 06633 SI |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |
| THE WEITZ COMPANY I, INC., an Iowa limited liability company, | |
| Third-Party Plaintiff, | |
| v. | |
| HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California Corporation; and Moes 1-50, inclusive, | |
| Third-Party Defendants. | |

1
Notice of Substitution of Counsel; Case No. C 06 06633 SI

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2     NOTICE IS HEREBY GIVEN that Defendant and Conterclaimant THE WEITZ COMPANY, LLC hereby substitutes Aaron Belzer (abelzer@seyfarth.com), Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105, (415) 397-2823 in place and stead of Sarah R. Speakman, former attorney of Seyfarth Shaw LLP, as its attorney of record in the captioned matter.

DATED: April 2, 2007     SEYFARTH SHAW LLP

By   /s/ Aaron Belzer
Michael T. McKeeman
Aaron Belzer
Attorneys for Defendant and Counterclaimant
THE WEITZ COMPANY, LLC

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
Notice of Substitution of Counsel; Case No. C 06 06633 SI

SF1 28280071.1