SEYFARTH SHAW LLP
Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
Krista L. Mitzel (SBN 221002) kmitzel@seyfarth.com
Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant and Counterclaimant
THE WEITZ COMPANY, LLC

Case 3:06-cv-06633-SI   Document 32   Filed 03/28/2007   Page 1 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 06 06633 SI<br><br>**[PROPOSED] ORDER GRANTING THE WEITZ COMPANY'S MOTION TO EXTEND DEADLINE FOR CONDUCTING COURT ORDERED MEDIATION** |
| AND RELATED COUNTERCLAIM | |
| THE WEITZ COMPANY I, INC., an Iowa limited liability company,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California Corporation; and Moes 1-50, inclusive,<br><br>    Third-Party Defendants. | |

1

1 | After considering the moving papers and all other matters presented to the Court,

2 | IT IS HEREBY ORDERED THAT THE WEITZ COMPANY'S MOTION TO EXTEND

3 | THE DEADLINE FOR CONDUCTING COURT ORDERED MEDIATION IS GRANTED.

4 | Accordingly, provided the newly added parties agree and are prepared to participate in

5 | good faith, the parties to this action must conduct private mediation no later than Monday, May

6 | 22, 2007. All deadlines related to the mediation are governed by Northern District Local Rule 6.

7 | DATED: _____

8 | _____
Hon. Susan Illston

9 | SF1 28279899.1

2

[Proposed] Order Granting The Weitz Company's Motion to Extend Deadline for Conducting Court Ordered Mediation; Case No. C 06 06633 SI

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On March 28, 2007, I served the within documents:

**[PROPOSED] ORDER GRANTING THE WEITZ COMPANY'S MOTION TO EXTEND DEADLINE FOR CONDUCTING COURT ORDERED MEDIATION**

☐ I sent such document from facsimile machine (415) 397-8549 on March 28, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing Wheels of Justice to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on March 28, 2007, at San Francisco, California.

Janine McDermott

SF1 28279525.1          Proof of Service/Case No. C 06 06633 SI