1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
2  Krista L. Mitzel (SBN 221002) kmitzel@seyfarth.com
   Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
3  560 Mission Street, Suite 3100
   San Francisco, California 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5
   Attorneys for Defendant and Counterclaimant
6  THE WEITZ COMPANY, LLC

7

8

9              UNITED STATES DISTRICT COURT

10      IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RAFAEL TOWN CENTER INVESTORS,         )   Case No. C 06 06633 SI
    LLC, a Delaware limited liability company,  )
12                                        )   **SUPPLEMENTAL JOINT CASE**
                    Plaintiff,            )   **MANAGEMENT STATEMENT AND**
13                                        )   **[PROPOSED] ORDER**
           v.                             )
14                                        )
    THE WEITZ COMPANY, LLC, a limited     )   Date:        April 27, 2007
15  liability company and successor to THE WEITZ )  Time:    2:30 p.m.
    COMPANY, INC., an Iowa corporation; and )  Ctrm:         10
16  DOES 1 through 50, inclusive,         )
                                          )
17         Defendants.                    )
                                          )
18  _____  )
    AND RELATED COUNTERCLAIM             )
19  _____  )
    THE WEITZ COMPANY I, INC., an Iowa    )
20  limited liability company,            )
                                          )
21             Third-Party Plaintiff,     )
                                          )
22         v.                             )
                                          )
23  HANSON GLASS & MIRROR CO., a          )
    California corporation; FITCH PLASTERING )
24  CORPORATION OF CALIFORNIA, a          )
    California corporation; DANIEL        )
25  MACDONALD AIA ARCHITECTS, a           )
    California Corporation; and Moes 1-50, )
26  inclusive,                            )
                                          )
27             Third-Party Defendants.    )
                                          )

28

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER / C 06 06633 SI

1    **Pursuant to Civil Local Rule 16-14(d) and the Court's Pre-Trial Preparation Order**

2    **dated February 5, 2007, Plaintiff Rafael Town Center Investors, LLC ("RTCI") and**

3    **Defendant The Weitz Company, LLC ("Weitz") certify that they have met and conferred**

4    **at least 10 days prior to the scheduled Case Management Conference in this case and**

5    **currently submit this Supplemental Joint Case Management Statement and Proposed**

6    **Order and request the Court to adopt it as a Supplemental Case Management Order in this**

7    **case.  RTCI and Weitz are collectively referred to herein as the "parties."**

8                        **DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENT**

9         1.    The following progress or changes have occurred since the last Case Management

10   Statement filed by the parties:

11             a.    By stipulation and court order dated March 6, 2007, this Court granted

12   Weitz leave to file and serve a Third Party Complaint against Hanson Glass and Mirror Co.

13   ("Hanson"), Fitch Plastering Corporation of California ("Fitch") and Daniel MacDonald AIA

14   Architects ("MacDonald").

15             b.    Weitz filed the Third Party Complaint on March 7, 2007.

16             c.    MacDonald's agent for service of process was served with the Third Party

17   Complaint on March 12, 2007.  Hanson's agent for service of process was served with a copy of

18   the Third Party Complaint on March 13, 2007.  Fitch's agent for service of process was served

19   with the Third Party Complaint on March 13, 2007.

20             d.    A Stipulation for Extension of Time for MacDonald to respond to Weitz's

21   Third Party Complaint was filed on April 3, 2007.  The stipulation extended the deadline for

22   MacDonald to respond to April 6, 2007.  A further Stipulation for Extension of Time was filed

23   by MacDonald on April 6, 2007.  The further stipulation extended the deadline for MacDonald to

24   respond to April 13, 2007.  On April 13, 2007, MacDonald filed a Motion to Dismiss Weitz's

25   Third Party Complaint.  That motion is set to be heard by this Court on June 1, 2007.

26             e.    Hanson has failed to respond to the Third Party Complaint.  Counsel for

27   Weitz recently contacted Hanson to determine if Hanson intended to respond.  Hanson stated the

28   matter had been turned over to its insurance carrier, Zurich Insurance Company, and that outside

                                                    1

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER / C 06 06633 SI

1 | counsel had been assigned by Zurich to represent Hanson. Outside counsel for Hanson is John

2 | Wasada of Fortune, Devlow, O'Sullivan and Hudson. Based on recent discussions with Mr.

3 | Wasada, he intends to file a responsive pleading on behalf of Hanson on or before April 27,

4 | 2007.

5 |       f.      A Stipulation for Extension of Time for Fitch to respond to Weitz's Third

6 | Party Complaint was filed with this Court on April 3, 2007. The stipulation extended the

7 | deadline for Fitch to respond to April 6, 2007. Fitch failed to respond to the Third Party

8 | Complaint by the extended deadline. Fitch is represented by John A. Hurley of Hurley &

9 | Associates. Counsel for Weitz has attempted to contact Mr. Hurley on several occasions to

10 | determine if Fitch intends to respond. Mr. Hurley, to date, has failed to respond to Weitz's

11 | inquiries. Weitz is currently preparing default papers against Fitch.

12 |       g.      The parties have agreed that Weitz will perform destructive testing at the

13 | Project from April 30, 2007 through approximately May 15, 2007.

14 |       h.      Due to the delay in the appearance of the third party defendants, and to

15 | allow the third party defendants time to prepare and participate in good faith in mediation, RTCI

16 | and Weitz agreed to continue the deadline for completion of mediation from April 20, 2007 to

17 | May 22, 2007. As a result of this agreement, Weitz filed, on March 28, 2007, a Motion to

18 | Extend Deadline for Conducting Court-Ordered Mediation. An order granting that motion was

19 | signed by this Court on April 8, 2007. The order states "Accordingly, provided the newly added

20 | parties agree and are prepared to participate in good faith, the parties to this action must conduct

21 | private mediation no later than Monday, May 21, 2007. All deadlines related to mediation are

22 | governed by Northern District Local Rule 6." The parties believe a further extension to this

23 | deadline is necessary in light of the third party defendants' delayed appearance in this action.

24 | **The parties jointly request the Court make the following Supplemental Case**

25 | **Management Order:**

26 |     1.   This Court set a further Case Management Conference for July 13, 2007 to

27 |         address the status of the case and the results of mediation.

28 |

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER / C 06 06633 SI

1          2.   The parties to this action must conduct private mediation no later than June 29,

2          2007.

3

4    DATED: April 18, 2007                     SEYFARTH SHAW LLP

5                                              /s/

6                                By                                      
                                         Michael T. McKeeman

7                                Attorneys for Defendant and Counterclaimant
                            THE WEITZ COMPANY, LLC

8    DATED: April 18, 2007                     COBLENTZ, PATCH, DUFFY & BASS, LLP

9

10                                             /s/
                            By                                      

11                                            Clint L. Todd
                            Attorneys for Plaintiff and Counterdefendant

12                               RAFAEL TOWN CENTER INVESTORS,
                            LLC

13

14

15   **SUPPLEMENTAL CASE MANAGEMENT ORDER**

16         This Supplemental Case Management Statement and Proposed Order is hereby adopted

17   by the Court as a Supplemental Case Management Order for the case, and the parties are ordered

18   to comply with this order.  The Court orders as follows:

19         1.    A further Case Management Conference is scheduled for July 13, 2007 at 2:30

20   p.m. in Courtroom 10, 19th floor, to address the status of this case and the results of mediation.

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

                                          3

2.      Provided the newly added parties agree and are prepared to participate in good faith, the parties to this action must conduct private mediation no later than June 29, 2007.  All deadlines related to mediation are governed by Northern District Local Rule 6.


DATED: _____

_____
HON. SUSAN ILLSTON
United States District Judge


SF1 28282139.1

---

4