GORDON & REES LLP
WILLIAM J. PETERS, Bar No. 104787
ARISTOTLE E. EVIA, Bar No. 211483
Embarcadero Center West Tower
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for DANIEL MACDONALD
AIA ARCHITECTS, INC.

FORTUNE DREVLOW, O'SULLIVAN & HUDSON
JOHN J. WASINDA, Bar No. 182008
560 Mission Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 227-2300
Facsimile: (415) 227-2360

Attorneys for Third-Party Defendant and Cross-Claimant
HANSON GLASS & MIRROR CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. C 06 6633 SI<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DANIEL MACDONALD AIA ARCHITECTS, INC. TO RESPOND TO HANSON GLASS & MIRROR CO., INC.'S CROSS CLAIM**<br><br>Complaint Filed: September 22, 2006<br><br>Trail Date: November 5, 2007 |

TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS:

Pursuant to the applicable Federal Rules of Civil Procedure and Local Rules, IT IS HEREBY STIPULATED by and between DANIEL MACDONALD AIA ARCHITECTS, INC. ("MACDONALD") and third-party defendant and cross-claimant HANSON GLASS & MIRROR CO., INC. ("HANSON"), based upon good cause, that MACDONALD is permitted an extension of time (until Friday, June 15, 2007) to move, answer or otherwise plead to

-1-
STIPULATION FOR FURTHER EXTENSION OF TIME FOR DANIEL MACDONALD AIA ARCHITECTS, INC. TO RESPOND TO HANSON GLASS & MIRROR CO., INC.'S THIRD PARTY COMPLAINT

1  HANSON's Cross-Claim.

2      IT IS SO STIPULATED.

3  Dated: May 17, 2007                       GORDON & REES LLP

5                                              By: /s/ Aristotle E. Evia
6                                                 Aristotle E. Evia
                                            Attorneys for DANIEL MACDONALD AIA
7                                              ARCHITECTS, INC.

8  Dated: May 17, 2007                       FORTUNE, DREVLOW, O'SULLIVAN &
                                            HUDSON

10                                              By: /s/ John J. Wasinda
11                                               John J. Wasinda
                                            Attorneys for Defendant and Cross-Claimant
12                                              HANSON GLASS & MIRROR CO., INC.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Susan Illston

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

CNA/1043940/1216167v.1

-2-

STIPULATION FOR FURTHER EXTENSION OF TIME FOR DANIEL MACDONALD AIA ARCHITECTS, INC. TO RESPOND TO HANSON GLASS & MIRROR CO., INC.'S THIRD PARTY COMPLAINT