RICHARD R. PATCH (State Bar No. 88049)
GREGG M. FICKS (State Bar No. 148093)
CLINTON L. TODD (State Bar No. 218670)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com,
         ef-gmf@cpdb.com,
         ef-clt@cpdb.com

Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 06 6633 SI<br><br>**STIPULATION AND ORDER REGARDING ADDITIONAL PARTY** |
| AND RELATED COUNTERCLAIM. | |
| THE WEITZ COMPANY I, INC., an Iowa corporation<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California corporation; and MOES 1-50, inclusive,<br><br>    Third-Party Defendants. | |
| AND RELATED CROSSCLAIM. | |

WHEREAS, it has been determined that THE WEITZ COMPANY I, INC., an Iowa corporation, is an additional successor (along with THE WEITZ COMPANY, LLC) to THE WEITZ COMPANY, INC.

WHEREAS, THE WEITZ COMPANY I, INC. brought a third-party complaint against HANSON GLASS & MIRROR CO., FITCH PLASTERING CORPORATION OF CALIFORNIA, and DANIEL MACDONALD AIA ARCHITECTS on March 7, 2007.

NOW, THEREFORE, the parties to the above-captioned matter hereby stipulate and request the following:

1. That all references to "Weitz" in the Complaint, and otherwise, shall refer to both THE WEITZ COMPANY I, INC. and THE WEITZ COMPANY, LLC as successors to THE WEITZ COMPANY, INC.;

2. That all references to "Weitz" in the Answer and Counterclaim filed by Weitz to the Complaint, and otherwise, shall refer to both THE WEITZ COMPANY I, INC. and THE WEITZ COMPANY, LLC as successors to THE WEITZ COMPANY, INC.; and,

3. That THE WEITZ COMPANY I, INC. shall be subject to, and included in, any judgment or other resolution of this matter naming THE WEITZ COMPANY, LLC and/or THE WEITZ COMPANY, INC.

DATED: May 21, 2007         COBLENTZ, PATCH, DUFFY & BASS LLP

                            By: _____
                                Clinton L. Todd
                                Attorneys for Plaintiff and Counterdefendant
                                RAFAEL TOWN CENTER INVESTORS

DATED: May ___, 2007        SEYFARTH SHAW LLP


                            By: _____
                                Michael T. McKeeman
                                Attorneys for Defendants
                                THE WEITZ COMPANY, LLC and
                                THE WEITZ COMPANY I, INC.

<div style="margin-left: 2em;">

WHEREAS, it has been determined that THE WEITZ COMPANY I, INC., an Iowa corporation, is an additional successor (along with THE WEITZ COMPANY, LLC) to THE WEITZ COMPANY, INC.

WHEREAS, THE WEITZ COMPANY I, INC. brought a third-party complaint against HANSON GLASS & MIRROR CO., FITCH PLASTERING CORPORATION OF CALIFORNIA, and DANIEL MACDONALD AIA ARCHITECTS on March 7, 2007.

NOW, THEREFORE, the parties to the above-captioned matter hereby stipulate and request the following:

1. That all references to "Weitz" in the Complaint, and otherwise, shall refer to both THE WEITZ COMPANY I, INC. and THE WEITZ COMPANY, LLC as successors to THE WEITZ COMPANY, INC.;

2. That all references to "Weitz" in the Answer and Counterclaim filed by Weitz to the Complaint, and otherwise, shall refer to both THE WEITZ COMPANY I, INC. and THE WEITZ COMPANY, LLC as successors to THE WEITZ COMPANY, INC.; and,

3. That THE WEITZ COMPANY I, INC. shall be subject to, and included in, any judgment or other resolution of this matter naming THE WEITZ COMPANY, LLC and/or THE WEITZ COMPANY, INC.

</div>

DATED: May ___, 2007          COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Clinton L. Todd
Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS

DATED: May 18, 2007          SEYFARTH SHAW LLP

By: _____
Michael T. McKeeman
Attorneys for Defendants
THE WEITZ COMPANY, LLC and
THE WEITZ COMPANY I, INC.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**ORDER**

PURSUANT TO STIPULATION REGARDING ADDITIONAL PARTY, IT IS SO ORDERED.

DATED: May ___, 2007



_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

04846.027.610454v3      1     Case No. C 06-06633 SI

**ORDER REGARDING ADDITIONAL PARTY**