SEYFARTH SHAW LLP
Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants, Counterclaimants,
and Third-Party Plaintiffs
THE WEITZ COMPANY, LLC,
THE WEITZ COMPANY, INC.
and THE WEITZ COMPANY I, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM<br><br>THE WEITZ COMPANY I, INC., an Iowa corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California Corporation; and Moes 1-50, inclusive,<br><br>Third-Party Defendants. | Case No. C 06 06633 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUT-OFF AND ALL RELATED DISCOVERY DEADLINES** |

04846.027.623833v1

1

Stipulation and [Proposed] Order to Extend Deadline for Non-Expert Discovery Cut-Off and
Related Discovery Deadlines; Case No. C 06 06633 SI

Pursuant to the Local Rule 6-2, RAFAEL TOWN CENTER INVESTORS, LLC, THE WEITZ COMPANY, LLC, THE WEITZ COMPANY, INC., THE WEITZ COMPANY I, INC., HANSON GLASS & MIRROR CO., and DANIEL MACDONALD AIA ARCHITECTS stipulate to extend the non-expert discovery cut-off in this matter from July 5, 2007 to August 6, 2007, and the deadline for filing any motion to compel with respect to non-expert discovery to August 21, 2007, based on the reasons enumerated in the declaration of Giovanna A. Ferrari attached hereto as Exhibit A. The stipulation to extend the non-expert discovery cut-off will, pursuant to L.R. 26-2 and F.R.C.P. Rules 33(b)(3), 34(b), 5(b) and 6(e), change the deadline for serving written discovery in this matter from June 1, 2007 to July 5, 2007. This stipulation is made on the condition that such extension does not effect any party's right to move for or stipulate to an extension to any other deadline if such motion or stipulation is warranted.

IT IS SO STIPULATED.

DATED: May 31, 2007

SEYFARTH SHAW LLP

By /s/ Giovanna A. Ferrari
Michael T. McKeeman
Giovanna A. Ferrari
Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs THE WEITZ COMPANY, LLC, THE WEITZ COMPANY, INC. and THE WEITZ COMPANY I, INC.

DATED: _____, 2007

COBLENTZ, PATCH, DUFFY, & BASS LLP

By_____
Richard R. Patch
Clinton Lynn Todd
Attorneys for Plaintiff RAFAEL TOWN CENTER INVESTORS, LLC.

1  Pursuant to the Local Rule 6-2, RAFAEL TOWN CENTER INVESTORS, LLC, THE
2  WEITZ COMPANY, LLC, THE WEITZ COMPANY, INC., THE WEITZ COMPANY I, INC.,
3  HANSON GLASS & MIRROR CO., and DANIEL MACDONALD AIA ARCHITECTS
4  stipulate to extend the non-expert discovery cut-off in this matter from July 5, 2007 to August 6,
5  2007, and the deadline for filing any motion to compel with respect to non-expert discovery to
6  August 21, 2007, based on the reasons enumerated in the declaration of Giovanna A. Ferrari
7  attached hereto as Exhibit A. The stipulation to extend the non-expert discovery cut-off will,
8  pursuant to L.R. 26-2 and F.R.C.P. Rules 33(b)(3), 34(b), 5(b) and 6(e), change the deadline for
9  serving written discovery in this matter from June 1, 2007 to July 5, 2007. This stipulation is
10 made on the condition that such extension does not effect any party's right to move for or
11 stipulate to an extension to any other deadline if such motion or stipulation is warranted.
12      IT IS SO STIPULATED.
13 DATED: _____, 2007            SEYFARTH SHAW LLP
14
15
16                                   By_____
                                        Michael T. McKeeman
                                        Giovanna A. Ferrari
17                                   Attorneys for Defendants, Counterclaimants,
                                     and Third-Party Plaintiffs THE WEITZ
18                                   COMPANY, LLC, THE WEITZ COMPANY,
                                     INC. and THE WEITZ COMPANY I, INC.
19
   DATED: May 31, 2007               COBLENTZ, PATCH, DUFFY, & BASS LLP
20
21
                                     By_____
22                                      Richard R. Patch
                                        Clinton Lynn Todd
23                                   Attorneys for Plaintiff RAFAEL TOWN
                                     CENTER INVESTORS, LLC.
24
25
26
27
28 04846.027.623833v1                  2
   Stipulation and [Proposed] Order to Extend Deadline for Non-Expert Discovery Cut-Off and
                    Related Discovery Deadlines; Case No. C 06 06633 SI

1 | DATED: 5/31, 2007

GORDON & REES LLP

By _____
William J. Peters
Aristotle E. Evia
Attorneys for Third-Party DANIEL MACDONALD AIA ARCHITECTS

DATED: _____, 2007

FORTUNE, DREWLOW, O'SULLIVAN, & HUDSON

By _____
John J. Wasinda
Attorneys for Third-Party HANSON GLASS & MIRROR CO.

04846.027.623833v1

3

Stipulation and [Proposed] Order to Extend Deadline for Non-Expert Discovery Cut-Off and Related Discovery Deadlines; Case No. C 06 06633 SI

```
1   DATED: _____, 2007              GORDON & REES LLP
2
3                                     By_____
                                         William J. Peters
4                                        Aristotle E. Evia
                                      Attorneys for Third-Party DANIEL
5                                     MACDONALD AIA ARCHITECTS

6   DATED: May 31, 2007               FORTUNE, DREWLOW, O'SULLIVAN, &
                                      HUDSON
7
8                                     By_____
                                         John J. Wasinda
9                                     Attorneys for Third-Party HANSON GLASS
                                      & MIRROR CO.
```

04846.027.623833v1                          3

Stipulation and [Proposed] Order to Extend Deadline for Non-Expert Discovery Cut-Off and Related Discovery Deadlines; Case No. C 06 06633 SI

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | Dated: _____

*/s/ Susan Illston*

Hon. Judge Susan Illston

**EXHIBIT A: DECLARATION OF GIOVANNA A. FERRARI**

I, Giovanna A. Ferrari, declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California. I am an associate at the law firm of Seyfarth Shaw LLP, attorneys of record for Defendants, Counterclaimants, and Third-Party Plaintiffs THE WEITZ COMPANY, LLC, THE WEITZ COMPANY, INC. and THE WEITZ COMPANY I, INC. (collectively, "The WEITZ COMPANY"). The following facts are personally known to me, and if called as a witness, I could and would competently testify thereto.

2. On February 6, 2007, this Court issued an order to Rafael Town Center Investors ("RTCI") and The Weitz Company stating the deadline for non-expert discovery is July 5, 2007 and that all other non-expert discovery deadlines were subject to that date. Based on the July 5, 2007 non-expert discovery cut-off, and pursuant to the local rules and the Federal Rules of Civil Procedure, the deadline for serving written discovery is June 1, 2007.

3. On March 6, 2007, this Court issued an order allowing The Weitz Company to file a third-party complaint against three third parties. The Weitz Company did so on March 7, 2007. The third-party defendants were served, but, to date, only one party has answered the third-party complaint and has done so only recently (on May 3, 2007). A second third-party defendant (Fitch Plastering) has failed to appear and the third third-party defendant (Daniel Macdonald AIA Architects) has moved to dismiss the third-party complaint. The hearing on Daniel Macdonald's motion to dismiss is not scheduled until June 1, 2007, the last day to serve written discovery in this matter as presently scheduled.

4. Previous to this motion, on March 28, 2007, The Weitz Company and RTCI moved for and were granted a motion to extend the deadline for completing court ordered mediation based on the status of the third-parties' appearances in this matter.

5. Similar to the reasons for the previous motion for an extension, extending the non-expert discovery cut-off deadline will allow the parties that have just appeared in this action, that have not answered the pleadings, or that have yet appeared in this action to conduct written

04846.027.623833v1

5

Stipulation and [Proposed] Order to Extend Deadline for Non-Expert Discovery Cut-Off and Related Discovery Deadlines; Case No. C 06 06633 SI

discovery and depositions. Otherwise, they will not be able to conduct any written discovery and, based on scheduling difficulties, may not be able to conduct any depositions in this matter.

6. Pending this Court's approval, the parties to this action that have appeared stipulate to extending the non-expert discovery cut-off from July 5, 2007 to August 6, 2007. Also, the stipulation to extend the non-expert discovery cut-off will change the deadline for serving written discovery in this matter from June 1, 2007 to July 5, 2007. The stipulation will, however, not have an effect on any other court ordered deadlines, but is made on the condition that such extension does not effect any party's right to move for or stipulate to an extension to any other deadline if such motion or stipulation is warranted. Because all parties have not appeared in the action, the pleadings are not "at-issue" for some parties, and because some parties have just appeared, the parties request this Court issue an order extending the non-expert discovery cut-off from July 5, 2007 to August 6, 2007.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 31st day of May 2007, at San Francisco, California.

_____
Giovanna A. Ferrari

SFI 28285111.1