SEYFARTH SHAW LLP
Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant and Third-Party Plaintiff
THE WEITZ COMPANY, LLC and
THE WEITZ COMPANY I, INC.

Case 3:06-cv-06633-SI   Document 75   Filed 06/26/2007   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM<br><br>THE WEITZ COMPANY I, INC., an Iowa limited liability company,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California Corporation; and Moes 1-50, inclusive,<br><br>    Third-Party Defendants. | Case No. C 06 06633 SI<br><br>**[PROPOSED] ORDER GRANTING THE WEITZ COMPANY'S MOTION TO EXTEND DEADLINE FOR CONDUCTING COURT ORDERED MEDIATION** |

1

[Proposed] Order Granting The Weitz Company's Motion to Extend Deadline for Conducting Court Ordered Mediation; Case No. C 06 06633 SI

1  After considering the moving papers and all other matters presented to the Court,

2  IT IS HEREBY ORDERED THAT THE WEITZ COMPANY'S MOTION TO EXTEND

3  THE DEADLINE FOR CONDUCTING COURT ORDERED MEDIATION IS GRANTED.

4  Accordingly, provided the newly added parties agree and are prepared to participate in

5  good faith, the parties to this action must conduct private mediation no later than Friday, August

6  31, 2007. All deadlines related to the mediation are governed by Northern District Local Rule 6.

Case 3:06-cv-06633-SI   Document 75   Filed 06/26/2007   Page 2 of 2

8  Dated: _____

9  *[signature]*
   Hon. Susan Illston

10 SF1 28287130.1

---

2

[Proposed] Order Granting The Weitz Company's Motion to Extend Deadline for Conducting
Court Ordered Mediation; Case No. C 06 06633 SI