IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, | No. C 06-06633 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| THE WEITZ COMPANY, | |
| Defendant. / | |

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>November 2, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 12, 2007</u>.

DESIGNATION OF EXPERTS: <u>10/19/07</u>; REBUTTAL: <u>11/5/07</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 14, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 11, 2008</u>;

    Opp. Due <u>January 25, 2008</u>; Reply Due <u>February 1, 2008</u>;

    and set for hearing no later than <u>February 15, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 18, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 31, 2008</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court hereby grants the request to continue the trial date (see above). The request to bifurcate the trial is denied.
By July 27, 2007, counsel shall inform the Court of the mediator and date set for the session.
Private mediation shall be completed during the first 1/2 of October 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                            _Susan Illston_
                                                    SUSAN ILLSTON
                                                    United States District Judge