



560 Mission Street, Suite 3100
San Francisco, California 94105
(415) 397-2823
fax (415) 397-8549
www.seyfarth.com

Writer's direct phone
415-544-1021

Writer's e-mail
EAnderson@seyfarth.com

August 14, 2007

The Honorable Susan Illston
U. S. District Court Judge
U.S. District Court, Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

    Re:  *Rafael Town Center Investors, LLC v. The Weitz Company, LLC, et al.*
         U. S. District Court, Northern District of California Case No. C 06 6633 SI

Dear Judge Illston:

    We write in regards to the Supplemental Declaration of Jennifer A. Nelson filed on August 13, 2007 in support of Plaintiff and Counter-Defendant Raphael Town Center Investors, LLC's ("RTCI") Motion for Sanctions. Upon review of Ms. Nelson's Supplemental Declaration, we are dismayed to see that RTCI is now claiming to have incurred substantially greater paralegal fees in connection with its efforts to organize documents than it originally represented to the Court. Additionally dismaying are the unreasonable rates requested for the services of various persons whose experience is not described, and the inclusion of deposition preparation, secondary document review, chronology creation, and other tasks unrelated to RTCI's "excess" organizational efforts.

    Although Weitz prepared a thorough response to Ms. Nelson's Supplemental Declaration, our research has revealed no efficient procedural mechanism that would afford Weitz an opportunity to file the response or otherwise be heard on the matter. Cognizant of the Court's preference for letter briefs, yet also concerned with preserving rights to due process, we have opted not to file the four page response prepared, and instead, by this letter, request the Court's guidance as to how to proceed. If the Court is willing to hear Weitz on the issue, an opposing declaration, objection to Ms. Nelson's declaration, or letter brief could be promptly filed tomorrow.

         Very truly yours,

         SEYFARTH SHAW LLP

         Eden Anderson

EA:pkm



The Honorable Susan Illston
August 14, 2007
Page 2

cc:    Richard R. Patch, Esq.
Clinton Todd, Esq.
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA 94111

Michael T. McKeeman

Case 3:06-cv-06633-SI   Document 104   Filed 08/14/2007   Page 2 of 2