**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, | No. C 06-6633 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| THE WEITZ COMPANY, LLC, et al., | |
| Defendants.                                            / | |
| AND RELATED COUNTERCLAIMS, THIRD PARTY CLAIMS AND CROSSCLAIMS.                                            / | |

The Court has reviewed the Supplemental Declaration of Jennifer A. Nelson, and the parties' letter briefs concerning that declaration. The Court finds that defendant's objections are not well-founded, and that plaintiff has sufficiently documented the fees associated with the second document production. Accordingly, defendant is hereby ORDERED to pay plaintiff $16,804 no later than **October 1, 2007**.

**IT IS SO ORDERED.**

Dated: September 10, 2007

SUSAN ILLSTON
United States District Judge