Julie D. McElroy - 160542
W. Stuart Home, III - 155077
**JACOBSEN & McELROY**
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: (916) 971-4100
Facsimile: (916) 971-4150

Attorney for Third-Party Defendant
FITCH PLASTERING CORPORATION OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM AND CROSS-COMPLAINTS. | Case No.: C 06 06633 SI<br><br>**ORDER RE: SUBSTITUTION OF ATTORNEY FOR THIRD-PARTY DEFENDANT, FITCH PLASTERING CORPORATION OF CALIFORNIA** |

On proof make to the satisfaction of the Court that proper notice has been given and consent to the above substitution having been made by third-party defendant, FITCH PLASTERING CORPORATION OF CALIFORNIA, and its prior counsel, the application for substitution of attorney of cross-defendant, FITCH PLASTERING CORPORATION OF CALIFORNIA, ought to

-1-

be granted,

   IT IS SO ORDERED that Julie D. McElroy, State Bar No. 160542, of Jacobsen & McElroy, 2401 American River Drive, Suite 100, Sacramento, California, 95825; Telephone: (916) 971-4100; Facsimile: (916) 971-4150, be substituted as attorney of record in the place and stead of John A. Hurley, State Bar No. 145907, of Hurley & Associates, 26801 Vista Terrace, Suite 240, Lake Forest, California 92630; Telephone: (949) 588-3955; Facsimile: (949) 588-3981.

DATED: September ____, 2007

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

## *CRC RULE 2060; CCP §1013(a)*

I, Gloria L. Schorie, declare:

I am a citizen of the United States, am over the age of eighteen years, an am not a party to or interested in the within entitled cause. My electronic notification address is gschorie@jacobsenmcelroy.com.

On September 7, 2007, I served the following document(s) on the parties in the within action:

**ORDER RE: SUBSTITUTION OF ATTORNEY FOR THIRD-PARTY DEFENDANT, FITCH PLASTERING CORPORATION OF CALIFORNIA**

**BY ELECTRONIC SERVICE:** I am familiar with the business practice for electronic service. The above-described document(s) was/were served electronically and the transmission was reported as complete and without error to the parties listed herein as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 7, 2007.

/s/ Gloria L. Schorie
GLORIA L. SCHORIE

SERVICE LIST
Rafael Town Center Investors v. The Weitz Company
United States District Court Northern District of California
Case No. C 06 06633 SI

**Rafael Town Center Investors**
Gregg M. Ficks - gmf@cpdb.com
Richard R. Patch - rrp@cpdb.com
Clinton L. Todd -
Coblentz, Patch, Duffy & Bass
One Ferry Building, #200
San Francisco, CA 94111
Tel: (415) 772-5729
Fax: (415) 989-1663

**The Weitz Company**
Eden Edwards Anderson - eanderson@seyfarth.com
Aaron Belzer - abelzer@seyfarth.com
Giovanna A. Ferrari - gferrari@seyfarth.com
Michael Torrens McKeeman - mmckeeman@seyfarth.com
Seyfarth Shaw LLP
560 Mission St., #3100
San Francisco, CA 94105
Tel: (415) 397-2823
Fax: (415) 387-8549

**The Weitz Company**
Sarah R. Speakman - sspeakman@schiffhardin.com
Schiff Hardin LLP
One Market, Spear Street Tower
32nd Flr.
San Francisco, CA 94105
Tel: (415) 901-8700
Fax: (415) 9018701

**Daniel MacDonald AIA Architects**
Aristotle Eder Evia - aevia@gordonrees.com
William John Peters
Gordon & Rees
275 Battery St., 20th Flr.
San Francisco, CA 94111
Tel: (415) 986-5900
Fax:

**Hanson Glass & Mirror Co.**
John Joseph Wasinda - john.wasinda@zurichna.com
Fortune Drewlow O'Sullivan & Hudson
560 Mission St., #2100
San Francisco, CA 94612
Tel: (415) 227-2300
Fax:

**Fitch Plastering Corporation of California**
Sunil S. Patel - sp@hurleypatel.com
Hurley & Patel
26801 Vista Terrace
Lake Forest, CA 92630
Tel: (949) 588-3955
Fax: (949) 588-3981