RICHARD R. PATCH (State Bar No. 88049)
GREGG M. FICKS (State Bar No. 148093)
CLINTON L. TODD (State Bar No. 218670)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com,
ef-gmf@cpdb.com,
ef-clt@cpdb.com

Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 06 6633 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT DISCOVERY CUT-OFF, AND RELATED DEADLINES** |
| AND RELATED COUNTERCLAIM. | |
| THE WEITZ COMPANY I, INC., an Iowa corporation<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California corporation; and MOES 1-50, inclusive,<br><br>Third-Party Defendants. | |

04846.027.708299v1     1     Case No. C 06-06633 SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT DISCOVERY CUT-OFF, AND RELATED DEADLINES**

AND RELATED CROSSCLAIM.

WHEREAS, on July 23, 2007, this Court issued a Second Pretrial Preparation Order setting, among other things, the following dates: non-expert discovery cutoff, October 12, 2007; designation of experts, October 19, 2007; rebuttal, November 5, 2007; and, expert discovery cutoff, December 14, 2007.

WHEREAS, prior to the non-expert discovery cutoff, the parties will have completed approximately twenty-five full days of depositions.

WHEREAS, the parties agree that approximately fourteen additional days of depositions are required.

WHEREAS, the parties are scheduled to mediate this matter on October 10, 2007 and participate in a further case management conference on November 2, 2007, regardless of this stipulation to extend discovery and related deadlines.

WHEREAS, this stipulation is made on the condition that no party will request any additional continuance from any date contained in this Court's July 23, 2007 Second Pretrial Preparation Order, as amended by this stipulation.

NOW, THEREFORE, RAFAEL TOWN CENTER INVESTORS, LLC, THE WEITZ COMPANY, LLC, THE WEITZ COMPANY I, INC., HANSON GLASS & MIRROR CO., DANIEL MACDONALD AIA ARCHITECTS, and FITCH PLASTERING CORPORATION OF CALIFORNIA, stipulate to the following, that:

1. The date for completion of non-expert discovery shall be extended from October 12, 2007 to November 9, 2007;

2. The date for completion of the initial designation of experts shall be extended from October 19, 2007 to November 20, 2007;

3. The date for completion of expert designation rebuttal shall be extended from November 5, 2007 to November 30, 2007;

4. The date for completion of expert discovery shall be extended from December 14,

2007 to January 1, 2008; and

    5.    All other dates contained in this Court's July 23, 2007 Second Pretrial Preparation Order will remain unchanged.

DATED: September 30, 2007     COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Clinton L. Todd
Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS

DATED: September ___, 2007     SEYFARTH SHAW LLP

By: _____
Michael T. McKeeman
Attorneys for Defendants and Third Party Plaintiff
THE WEITZ COMPANY, LLC and
THE WEITZ COMPANY I, INC.

DATED: September ___, 2007     GORDON & REES LLP

By: _____
William J. Peters
Aristotle E. Evia
Attorneys for Third-Party Defendant DANIEL MACDONALD AIA ARCHITECTS

DATED: September ___, 2007     FORTUNE, DREWLOW, O'SULLIVAN, & HUDSON

By: _____
John J. Wasinda
Attorneys for Third-Party Defendant HANSON GLASS & MIRROR CO.

Order will remain unchanged.

DATED: September ___, 2007     COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Clinton L. Todd
Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS

DATED: September **28**, 2007     SEYFARTH SHAW LLP

By: /s/ Michael T. McKeeman
Michael T. McKeeman
Attorneys for Defendants and Third Party Plaintiff
THE WEITZ COMPANY, LLC and
THE WEITZ COMPANY I, INC.

DATED: September ___, 2007     GORDON & REES LLP

By: _____
William J. Peters
Aristotle E. Evia
Attorneys for Third-Party Defendant DANIEL MACDONALD AIA ARCHITECTS

DATED: September ___, 2007     FORTUNE, DREWLOW, O'SULLIVAN, & HUDSON

By: _____
John J. Wasinda
Attorneys for Third-Party Defendant HANSON GLASS & MIRROR CO.

DATED: September ___, 2007     JACOBSEN & MCELROY

By: _____
Julie D. McElroy
W. Stuart Home, III
Attorneys for Third-Party Defendant
FITCH PLASTERING CORPORATION OF CALIFORNIA

04846.027.708299v1     3     Case No. C 06-06633 SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT DISCOVERY CUT-OFF, AND RELATED DEADLINES**

| | | |
|---|---|---|
| 1 | Order will remain unchanged. | |
| 2 | DATED: September ___, 2007 | COBLENTZ, PATCH, DUFFY & BASS LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Clinton L. Todd<br>Attorneys for Plaintiff and Counterdefendant<br>RAFAEL TOWN CENTER INVESTORS |
| 6 | DATED: September ___, 2007 | SEYFARTH SHAW LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Michael T. McKeeman<br>Attorneys for Defendants and Third Party Plaintiff |
| 10 | | THE WEITZ COMPANY, LLC and<br>THE WEITZ COMPANY I, INC. |
| 11 | DATED: ~~September~~ October 2, 2007 | GORDON & REES LLP |
| 12 | | |
| 13 | | By: _____ |
| 14 | | William J. Peters<br>Aristotle E. Evia |
| 15 | | Attorneys for Third-Party Defendant DANIEL MACDONALD AIA ARCHITECTS |
| 16 | | |
| 17 | DATED: September ___, 2007 | FORTUNE, DREWLOW, O'SULLIVAN, & HUDSON |
| 18 | | |
| 19 | | By: _____ |
| 20 | | John J. Wasinda<br>Attorneys for Third-Party Defendant HANSON GLASS & MIRROR CO. |
| 21 | | |
| 22 | DATED: September ___, 2007 | JACOBSEN & MCELROY |
| 23 | | |
| 24 | | By: _____ |
| 25 | | Julie D. McElroy<br>W. Stuart Home, III<br>Attorneys for Third-Party Defendant<br>FITCH PLASTERING CORPORATION OF CALIFORNIA |
| 26 | | |
| 27 | | |
| 28 | 04846.027.708299v1 | 3     Case No. C 06-06633 SI |

ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

2007 to January 1, 2008; and

    5.    All other dates contained in this Court's July 23, 2007 Second Pretrial Preparation Order will remain unchanged.

DATED: September ___, 2007    COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Clinton L. Todd
Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS

DATED: September ___, 2007    SEYFARTH SHAW LLP

By: _____
Michael T. McKeeman
Attorneys for Defendants and Third Party Plaintiff
THE WEITZ COMPANY, LLC and
THE WEITZ COMPANY I, INC.

DATED: September ___, 2007    GORDON & REES LLP

By: _____
William J. Peters
Aristotle E. Evia
Attorneys for Third-Party Defendant DANIEL MACDONALD AIA ARCHITECTS

DATED: Oct. 10, 2007    FORTUNE, DREWLOW, O'SULLIVAN, & HUDSON

By: _____
John J. Wasinda
Attorneys for Third-Party Defendant HANSON GLASS & MIRROR CO.

04846.027.708299v1    3    Case No. C 06-06633 SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT DISCOVERY CUT-OFF, AND RELATED DEADLINES**

DATED: ~~September~~ Oct 10, 2007          JACOBSEN & MCELROY

By: /s/ W. Stuart Home, III
Julie D. McElroy
W. Stuart Home, III
Attorneys for Third-Party Defendant
FITCH PLASTERING CORPORATION OF CALIFORNIA

DATED: September ___, 2007          BRADY, VORWERCK, RYDER & CASPINO

By: _____
Robert W. Pritchard
Theodore F. Aldrich
Attorneys for Third-Party Defendant
FITCH PLASTERING CORPORATION OF CALIFORNIA

04846.027.708299v1    4    Case No. C 06-06633 SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT DISCOVERY CUT-OFF, AND RELATED DEADLINES**

DATED: September ___, 2007     JACOBSEN & MCELROY

By: _____
    Julie D. McElroy
    W. Stuart Home, III
    Attorneys for Third-Party Defendant
    FITCH PLASTERING CORPORATION OF
    CALIFORNIA

DATED: September 10, 2007     BRADY, VORWERCK, RYDER & CASPINO

By: /s/ Robert W. Pritchard
    Robert W. Pritchard
    Theodore F. Aldrich
    Attorneys for Third-Party Defendant
    FITCH PLASTERING CORPORATION OF
    CALIFORNIA

04846.027.708299v1                                    4                              Case No. C 06-06633 SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY
CUT-OFF, EXPERT DISCOVERY CUT-OFF, AND RELATED DEADLINES**

# ORDER

PURSUANT TO THE STIPULATION TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT DISCOVERY CUT-OFF, AND RELATED DEADLINES, the F.R.C.P. and the Local Rules of this Court, IT IS HEREBY ORDERED:

FURTHER CASE MANAGEMENT: November 2, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P. and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 9, 2007.

DESIGNATION OF EXPERTS: November 20, 2007; REBUTTAL: November 30, 2007.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 1, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 11, 2008;

Opp. Due January 25, 2008; Reply Due February 1, 2008;

and set for hearing no later than February 15, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 18, 2008 at 3:30 PM.

JURY TRIAL DATE: March 31, 2008 at 8:30 AM.
Courtroom 10, 19th floor.

DATED: October __12 2007

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE