1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
2  Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants, Counterclaimants,
   and Third-Party Plaintiffs
6  THE WEITZ COMPANY, LLC,
   THE WEITZ COMPANY, INC.
7  and THE WEITZ COMPANY I, INC.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 RAFAEL TOWN CENTER INVESTORS,        )  Case No. C 06 06633 SI
   LLC, a Delaware limited liability company, )
12                                      )  **STIPULATION AND [PROPOSED]
                Plaintiff,              )  ORDER TO EXTEND HEARING DATE
13                                      )  ON WEITZ'S MOTION FOR
           v.                           )  SUMMARY ADJUDICATION**
14                                      )
   THE WEITZ COMPANY, LLC, a limited    )
15 liability company and successor to THE WEITZ )
   COMPANY, INC., an Iowa corporation; and )
16 DOES 1 through 50, inclusive,        )
                                        )
17              Defendants.             )
                                        )
18 AND RELATED COUNTERCLAIM            )
                                        )
19 THE WEITZ COMPANY I, INC., an Iowa   )
   corporation,                         )
20                                      )
                Third-Party Plaintiff,  )
21                                      )
           v.                           )
22                                      )
   HANSON GLASS & MIRROR CO., a         )
23 California corporation; FITCH PLASTERING )
   CORPORATION OF CALIFORNIA, a        )
24 California corporation; DANIEL       )
   MACDONALD AIA ARCHITECTS, a        )
25 California Corporation; and Moes 1-50, )
   inclusive,                           )
26                                      )
                Third-Party Defendants. )
27                                      )

28

Stipulation and [Proposed] Order to Extend Hearing Date on Weitz's Motion for Summary
Adjudication; Case No. C 06 06633 SI

1  RAFAEL TOWN CENTER INVESTORS, LLC ("RTCI") and THE WEITZ
2  COMPANY, LLC, THE WEITZ COMPANY, INC., THE WEITZ COMPANY I, INC.
3  (collectively "Weitz") stipulate to extend the hearing date on Weitz' Motion for Summary
4  Adjudication from Friday, November 9, 2007 at 9:00 a.m. to Friday, December 7, 2007 at 9:00
5  a.m. RTCI and Weitz have also stipulated that RTCI's opposition to the Motion for Summary
6  Adjudication shall be filed and served no later than Friday, November 9, 2007 and Weitz's reply
7  brief shall be filed and served no later than Friday, November 16, 2007.
8  IT IS SO STIPULATED.

9  DATED: October 18, 2007                    SEYFARTH SHAW LLP

                                              By _____
                                                 Michael T. McKeeman
                                                 Giovanna A. Ferrari
                                              Attorneys for Defendants, Counterclaimants,
                                              and Third-Party Plaintiffs THE WEITZ
                                              COMPANY, LLC, THE WEITZ COMPANY,
                                              INC. and THE WEITZ COMPANY I, INC.

15 DATED: October 18, 2007                    COBLENTZ, PATCH, DUFFY, & BASS LLP

                                              By _____
                                                 Richard R. Patch
                                                 Clinton Lynn Todd
                                              Attorneys for Plaintiff RAFAEL TOWN
                                              CENTER INVESTORS, LLC.

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.
22 Dated: _____                     _____
                                              Hon. Judge Susan Illston

25 SFI 28304978.1

                                        2
Stipulation and [Proposed] Order to Extend Hearing Date on Weitz's Motion for Summary
                    Adjudication; Case No. C 06 06633 SI