SEYFARTH SHAW LLP
Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
Aaron Belzer (SBN 238901) abelzer@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant and Counterclaimant
THE WEITZ COMPANY, LLC, successor
to the Weitz Company, Inc., and Third Party
Plaintiff THE WEITZ COMPANY I, INC.

Case 3:06-cv-06633-SI   Document 125   Filed 10/24/2007   Page 1 of 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>RELATED COUNTERCLAIMS<br><br>THE WEITZ COMPANY I, INC., an IOWA CORPORATION,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California corporation, and MOES 1 – 50, inclusive,<br><br>Third-Party Defendants.<br>RELATED COUNTERCLAIMS | Case No. C 06 06633 SI<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** |

Case 3:06-cv-06633-SI   Document 125   Filed 10/24/2007   Page 2 of 8

Pursuant to Civil Local Rule 16-9(a) and the Court's Pre-Trial Preparation Order dated February 5, 2007, Plaintiff Rafael Town Center Investors, LLC ("RTCI"), Defendant The Weitz Company, LLC ("Weitz"), and third-party Defendants Daniel MacDonald AIA Architects ("MacDonald"), Hanson Glass & Mirror Co. ("Hanson"), and Fitch Plastering Corporation of California ("Fitch") (collectively "the parties") certify that they have met and conferred at least 10 days prior to the Case Management Conference scheduled for November 2, 2007 in this case and currently submit this Joint Case Management Statement.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENT

The parties have settled this matter and are finalizing formal settlement documents. The parties anticipate that dismissals will be filed, at the latest, by January 2, 2008, and request a further case management conference on January 11, 2008.

In addition, the following progress or changes have occurred since the last Supplemental Case Management Statement filed by the parties:

1. Fitch answered the Third-Party complaint on July 13, 2007;

2. On July 16, 2007, the Court issued an amended Pre-Trial Order extending the trial date to March 31, 2008;

3. The Court ruled on RTCI's sanctions motion on August 6, 2007;

4. New counsel for Fitch appeared in the action in September 2007 and new co-counsel for Fitch appeared on October 1, 2007;

5. Between August and October 2007, the parties completed numerous non-expert depositions. Based on the need for more depositions, the parties moved for and were granted an extension for the non-expert discovery deadline, the expert-discovery deadline, and related deadlines. According to the order:

   i. The non-expert discovery deadline is currently November 9, 2007;

   ii. The expert-discovery deadline is currently January 1, 2008;

   iii. The expert designation deadline is currently November 20, 2007 with rebuttal desigantion on November 30, 2007;

All other deadlines currently remain the same.

6. On October 10, 2007, the parties attempted to resolve the matter at mediation before Martin Quinn. The parties mediated the issue again on October 19, 2007 and reached a settlement agreement on that date. Based on the settlement, the parties request a continuance of all pre-trial deadlines pending dismissal of the action.

7. On October 3, 2007, Weitz filed a motion for summary adjudication against RTCI. The hearing date for that motion is currently December 9, 2007. Based on the settlement, the parties request a continuance of the briefing schedule and hearing date pending dismissal of the action.

DATED: October 23, 2007

SEYFARTH SHAW LLP

By_____
Michael T. McKeeman
Giovanna A. Ferrari
Attorneys for Defendant and Counterclaimant
THE WEITZ COMPANY, LLC, successor
to the Weitz Company, Inc., and Third Party
Plaintiff THE WEITZ COMPANY I, INC.

DATED: October ____, 2007

COBLENTZ, PATCH, DUFFY & BASS, LLP

By_____
Clint L. Todd
Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS, LLC

DATED: October ____, 2007

FORTUNE, DREWLOW O'SULLIVAN & HUDSON

By_____
John J. Wasinda
Attorneys for Third-Party Defendants
HANSON GLASS & MIRROR CO.

6. On October 10, 2007, the parties attempted to resolve the matter at mediation before Martin Quinn. The parties mediated the issue again on October 19, 2007 and reached a settlement agreement on that date. Based on the settlement, the parties request a continuance of all pre-trial deadlines pending dismissal of the action.

7. On October 3, 2007, Weitz filed a motion for summary adjudication against RTCI. The hearing date for that motion is currently December 9, 2007. Based on the settlement, the parties request a continuance of the briefing schedule and hearing date pending dismissal of the action.

DATED: October ___, 2007            SEYFARTH SHAW LLP


                                    By_____
                                        Michael T. McKeeman
                                        Giovanna A. Ferrari
                                    Attorneys for Defendant and Counterclaimant
                                    THE WEITZ COMPANY, LLC, successor
                                    to the Weitz Company, Inc., and Third Party
                                    Plaintiff THE WEITZ COMPANY I, INC.

DATED: October 24, 2007             COBLENTZ, PATCH, DUFFY & BASS, LLP


                                    By_____
                                        Clint L. Todd
                                    Attorneys for Plaintiff and Counterdefendant
                                    RAFAEL TOWN CENTER INVESTORS,
                                    LLC

DATED: October ___, 2007            FORTUNE, DREWLOW O'SULLIVAN &
                                    HUDSON


                                    By_____
                                        John J. Wasinda
                                    Attorneys for Third-Party Defendants
                                    HANSON GLASS & MIRROR CO.

```
 1  DATED: October 23, 2007                    GORDON & REES LLP
 2
 3                                             By /s/ Aristotle E. Evia
                                                  Ernest M. Isola
 4                                                Aristotle E. Evia
                                                  Attorneys for Third-Party Defendants
 5                                                DANIEL MACDONALD AIA ARCHITECTS
```

Case 3:06-cv-06633-SI   Document 125   Filed 10/24/2007   Page 5 of 8

```
 7  DATED: October ____, 2007                  JACOBSEN & MCELROY
 8
 9
                                               By_____
10                                                Stuart Home
                                                  Attorneys for Third-Party Defendants
11                                                FTICH PLASTERING CORPORATION
12
    DATED: October ____, 2007                  BRADY, VORWERCK, RYDER &
13                                             CASPINO
14
15                                             By_____
                                                  Robert Pritchard
16                                                Attorneys for Third-Party Defendants
                                                  FTICH PLASTERING CORPORATION
```

| | | |
|---|---|---|
| 1 | DATED: October ____, 2007 | GORDON & REES, LLP |
| 2 | | |
| 3 | | By_____ |
| 4 | | Ernest Isola<br>Attorneys for Third-Party Defendants<br>DANIEL MACDONALD AIA ARCHITECTS |

DATED: October _23_, 2007        JACOBSEN & MCELROY

By _/s/ W. Stuart Horne/_
Stuart Horne
Attorneys for Third-Party Defendants
FTICH PLASTERING CORPORATION

DATED: October ____, 2007        BRADY, VORWERCK, RYDER & CASPINO

By_____
Robert Pritchard
Attorneys for Third-Party Defendants
FTICH PLASTERING CORPORATION

---

4

| | | |
|---|---|---|
| 1 | DATED: October ____, 2007 | GORDON & REES, LLP |
| 2 | | |
| 3 | | By_____ |
| 4 | | Ernest Isola<br>Attorneys for Third-Party Defendants |
| 5 | | DANIEL MACDONALD AIA ARCHITECTS |

| | | |
|---|---|---|
| 7 | DATED: October ____, 2007 | JACOBSEN & MCELROY |
| 9 | | By_____ |
| 10 | | Stuart Home<br>Attorneys for Third-Party Defendants<br>FTICH PLASTERING CORPORATION |
| 12 | DATED: October 23, 2007 | BRADY, VORWERCK, RYDER & CASPINO |
| 14 | | By /s/ Robert Pritchard |
| 15 | | Robert Pritchard<br>Attorneys for Third-Party Defendants<br>FTICH PLASTERING CORPORATION |

---

4

Joint Case Management Conference Statement and [Proposed] Order/Case No. 06-06633 SI

**ORDER**

After review of the Joint Case Management Statement, it is hereby ordered that:

1. All deadlines and hearing dates in this matter, other than supplemental case management conferences, are continued, without prejudice to any party to the action, pending dismissal of the action; and

2. The parties must appear at a further case management conference on January ~~11,~~ 2008.

18

DATED: _____

_____
SUSAN ILLSTON
United States District Judge

SF1 28304604.1

All requests to continue shall be filed seperately.