| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com |
| 2 | Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendants, Counterclaimants, |
| | and Third-Party Plaintiffs |
| 6 | THE WEITZ COMPANY, LLC, |
| | THE WEITZ COMPANY, INC. |
| 7 | and THE WEITZ COMPANY I, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company, | Case No. C 06 06633 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON WEITZ'S MOTION FOR SUMMARY ADJUDICATION |
| v. | |
| THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |
| THE WEITZ COMPANY I, INC., an Iowa corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California Corporation; and Moes 1-50, inclusive, | |
| Third-Party Defendants. | |

On October 19, 2007, the parties mediated this matter and reached a settlement agreement. The parties are currently finalizing settlement documents. As such, RAFAEL TOWN CENTER INVESTORS, LLC ("RTCI") and THE WEITZ COMPANY, LLC, THE WEITZ COMPANY, INC., THE WEITZ COMPANY I, INC. (collectively "Weitz") stipulate to extend the hearing date on Weitz' Motion for Summary Adjudication from Tuesday, December 18, 2007 at 9:00 a.m. to Friday, January 25, 2008 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: December \_\_, 2007              SEYFARTH SHAW LLP

By _____
    Michael T. McKeeman
    Giovanna A. Ferrari
Attorneys for Defendants, Counterclaimants,
and Third-Party Plaintiffs THE WEITZ
COMPANY, LLC, THE WEITZ COMPANY,
INC. and THE WEITZ COMPANY I, INC.

DATED: December 10, 2007              COBLENTZ, PATCH, DUFFY, & BASS LLP

By _____
    Richard R. Patch
    Clinton Lynn Todd
Attorneys for Plaintiff RAFAEL TOWN
CENTER INVESTORS, LLC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Judge Susan Illston

SF1 28309833.1

The further case management conference has been continued to
1/25/08 @ 2:30 p.m.

---

2

Stipulation and [Proposed] Order to Extend Hearing Date on Weitz's Motion for Summary Adjudication; Case No. C 06 06633 SI