RICHARD R. PATCH (State Bar No. 88049)
CLINTON L. TODD (State Bar No. 218670)
NYOKI SACRAMENTO (State Bar No. 239046)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com,
         ef-clt@cpdb.com,
         ef-nts@cpdb.com

Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TOWN CENTER INVESTORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE WEITZ COMPANY, LLC, a limited liability company and successor to THE WEITZ COMPANY, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 06 6633 SI<br><br>**STIPULATED VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIM. | |
| THE WEITZ COMPANY I, INC., an Iowa corporation<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HANSON GLASS & MIRROR CO., a California corporation; FITCH PLASTERING CORPORATION OF CALIFORNIA, a California corporation; DANIEL MACDONALD AIA ARCHITECTS, a California corporation; and MOES 1-50, inclusive,<br><br>Third-Party Defendants. | |
| AND RELATED CROSSCLAIM. | |

04846.027.775633v1    1    Case No. C 06 6633 SI

1  The parties RAFAEL TOWN CENTER INVESTORS, LLC ("RTCI"), THE WEITZ
2  COMPANY, LLC and THE WEITZ COMPANY I, INC. (collectively "Weitz"), HANSON
3  GLASS & MIRROR CO. ("Hanson), DANIEL MACDONALD AIA ARCHITECTS ("DMAIA"),
4  and FITCH PLASTERING CORPORATION OF CALIFORNIA ("Fitch"), by and through their
5  respective counsel, hereby stipulate and voluntarily request that the entire above-captioned action,
6  including the Complaint, Counterclaim, Third-Party Complaint, Hanson Claims and DMAIA
7  Claims be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).
8  IT IS SO STIPULATED.

9  DATED: January 11, 2008           COBLENTZ, PATCH, DUFFY & BASS LLP

11                                    By: /s/ Richard R. Patch
12                                    Richard R. Patch
                                      Attorneys for Plaintiff and Counterdefendant
13                                    RAFAEL TOWN CENTER INVESTORS, LLC

14 DATED: January ___, 2008           SEYFARTH SHAW LLP

16                                    By: _____
17                                    Michael T. McKeeman
                                      Attorneys for Defendants and Third Party
                                      Plaintiff
18                                    THE WEITZ COMPANY, LLC and
                                      THE WEITZ COMPANY I, INC.

20 DATED: January ___, 2008           GORDON & REES LLP

22                                    By: _____
23                                    William J. Peters
                                      Aristotle E. Evia
                                      Attorneys for Third-Party Defendant
24                                    DANIEL MACDONALD AIA ARCHITECTS

---

04846.027.775633v1                      2                   Case No. C 06 6633 SI

**STIPULATED VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;
[PROPOSED] ORDER**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

The parties RAFAEL TOWN CENTER INVESTORS, LLC ("RTCI"), THE WEITZ COMPANY, LLC and THE WEITZ COMPANY I, INC. (collectively "Weitz"), HANSON GLASS & MIRROR CO. ("Hanson), DANIEL MACDONALD AIA ARCHITECTS ("DMAIA"), and FITCH PLASTERING CORPORATION OF CALIFORNIA ("Fitch"), by and through their respective counsel, hereby stipulate and voluntarily request that the entire above-captioned action, including the Complaint, Counterclaim, Third-Party Complaint, Hanson Claims and DMAIA Claims be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

DATED: January ___, 2008        COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Richard R. Patch
Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS, LLC

DATED: January 14, 2008        SEYFARTH SHAW LLP

By: [signature] for
Michael T. McKeeman
Attorneys for Defendants and Third Party Plaintiff
THE WEITZ COMPANY, LLC and
THE WEITZ COMPANY I, INC.

DATED: January ___, 2008        GORDON & REES LLP

By: _____
William J. Peters
Aristotle E. Evia
Attorneys for Third-Party Defendant
DANIEL MACDONALD AIA ARCHITECTS

The parties RAFAEL TOWN CENTER INVESTORS, LLC ("RTCI"), THE WEITZ COMPANY, LLC and THE WEITZ COMPANY I, INC. (collectively "Weitz"), HANSON GLASS & MIRROR CO. ("Hanson), DANIEL MACDONALD AIA ARCHITECTS ("DMAIA"), and FITCH PLASTERING CORPORATION OF CALIFORNIA ("Fitch"), by and through their respective counsel, hereby stipulate and voluntarily request that the entire above-captioned action, including the Complaint, Counterclaim, Third-Party Complaint, Hanson Claims and DMAIA Claims be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

DATED: January ___, 2008            COBLENTZ, PATCH, DUFFY & BASS LLP


By: _____
Richard R. Patch
Attorneys for Plaintiff and Counterdefendant
RAFAEL TOWN CENTER INVESTORS, LLC

DATED: January ___, 2008            SEYFARTH SHAW LLP


By: _____
Michael T. McKeeman
Attorneys for Defendants and Third Party Plaintiff
THE WEITZ COMPANY, LLC and
THE WEITZ COMPANY I, INC.

DATED: January 8, 2008              GORDON & REES LLP


By: /s/ _____
William J. Peters
Aristotle E. Evia
Attorneys for Third-Party Defendant
DANIEL MACDONALD AIA ARCHITECTS

```
 1 | DATED: January 14, 2008        FORTUNE, DREWLOW, O'SULLIVAN, &
 2 |                                HUDSON
 3 |
 4 |                                By: /s/ John J. Wasinda
 5 |                                   John J. Wasinda
                                       Attorneys for Third-Party Defendant
                                       HANSON GLASS & MIRROR CO.
 6 |
 7 | DATED: January ___, 2008       JACOBSEN & McELROY
 8 |
 9 |                                By: _____
10 |                                   Julie D. McElroy
                                       W. Stuart Home, III
11 |                                   Attorneys for Third-Party Defendant
                                       FITCH PLASTERING CORPORATION OF
12 |                                   CALIFORNIA
13 | DATED: January ___, 2008       BRADY, VORWERCK, RYDER & CASPINO
14 |
15 |                                By: _____
16 |                                   Robert W. Pritchard
                                       Theodore F. Aldrich
17 |                                   Attorneys for Third-Party Defendant
                                       FITCH PLASTERING CORPORATION OF
18 |                                   CALIFORNIA
19 |      IT IS SO ORDERED.
20 | DATED: _____
21 |
22 |                                _____
23 |                                HON. SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE
```

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

| | |
|---|---|
| DATED: January ___, 2008 | FORTUNE, DREWLOW, O'SULLIVAN, & HUDSON |
| | By: _____<br>John J. Wasinda<br>Attorneys for Third-Party Defendant<br>HANSON GLASS & MIRROR CO. |
| DATED: January 8, 2008 | JACOBSEN & MCELROY |
| | By: _/s/ W. Stuart Horne III_____<br>Julie D. McElroy<br>W. Stuart Home, III<br>Attorneys for Third-Party Defendant<br>FITCH PLASTERING CORPORATION OF CALIFORNIA |
| DATED: January ___, 2008 | BRADY, VORWERCK, RYDER & CASPINO |
| | By: _____<br>Robert W. Pritchard<br>Theodore F. Aldrich<br>Attorneys for Third-Party Defendant<br>FITCH PLASTERING CORPORATION OF CALIFORNIA |

IT IS SO ORDERED.

DATED: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

DATED: January ___, 2008    FORTUNE, DREWLOW, O'SULLIVAN, & HUDSON

By: _____
John J. Wasinda
Attorneys for Third-Party Defendant
HANSON GLASS & MIRROR CO.

DATED: January ___, 2008    JACOBSEN & MCELROY

By: _____
Julie D. McElroy
W. Stuart Home, III
Attorneys for Third-Party Defendant
FITCH PLASTERING CORPORATION OF CALIFORNIA

DATED: January 13, 2008    BRADY, VORWERCK, RYDER & CASPINO

By: /s/ Robert W. Pritchard
Robert W. Pritchard
Theodore F. Aldrich
Attorneys for Third-Party Defendant
FITCH PLASTERING CORPORATION OF CALIFORNIA

IT IS SO ORDERED.

DATED:

/s/ Susan Illston
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · Fax 415.989.1663